Rubin LLC
*Counsel for Michael Israel, Jacob Israel and*
*Mark Israel as Co-Executors of the Estate of*
*Aron Feuereisen*
Paul A. Rubin
345 Seventh Avenue, 21st Floor
New York, NY 10001
(212) 390-8054
(212) 390-8064 (fax)
prubin@rubinlawllc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                     Chapter 7

FAR ROCKAWAY NURSING HOME,           Case No. 16-42464 (ESS)

        Debtor.
-----------------------------------------------------------x

## NOTICE OF APPEAL

Pursuant to Rule 8003(a) of the Federal Rules of Bankruptcy Procedure and 28 U.S.C. § 158(a), Mark Israel, Jacob Israel and Michael Israel, as Co-Executors of the Estate of Aron Feuereisen, by and through their counsel Rubin LLC, hereby submit this appeal to the United States District Court for the Eastern District of New York from the Bankruptcy Court's Order Authorizing and Approving Employment of Lori Lapin Jones PLLC as Co-Counsel for the Chapter 7 Trustee [Bk. Crt. Dkt. No. 43], entered in the above-captioned bankruptcy case on the 24th day of June, 2016. A copy of that Order is annexed hereto as Exhibit A. The E.D.N.Y. Civil Cover Sheet is annexed hereto as Exhibit B.

The names of all the parties to the order appealed from and the names, address, and telephone numbers of their respective attorneys are as follows:


**Appellants**

    Mark Israel, Jacob Israel, and Michael Israel, as Co-Executors of the Estate of Aron Feuereisen
    *Represented by:*
    Rubin LLC
    345 Seventh Ave., 21st Floor
    New York, NY 10001
    Tel: (212) 390-8054
    Attn: Paul A. Rubin

**Appellees**

1.   Gregory Messer, Chapter 7 Trustee
   *Represented by:*

   | | |
   |---|---|
   | LaMonica Herbst & Maniscalco LLP<br>3305 Jerusalem Avenue<br>Suite 201<br>Wantagh, NY 11793<br>Tel: (516) 826-6500<br>Attn: Jordan Pilevsky, Esq. | Lori Lapin Jones PLLC<br>98 Cutter Mill Road<br>Suite 201<br>Great Neck, NY 11021<br>Tel: (516) 466-4110<br>Attn: Lori Lapin Jones, Esq. |

   (and)

2.   Robert Kazovitz, Executor of the Estate of Lester Reitzer; Shloma Mering, Executor of the Estate of Aron Mering; Louis Wolcowitz, Representative of the Estate of Aron Wolcowitz; Chaya Jeremias, Administrator of the Estate of Chaim Prizant; and Miriam Wiesner, Administrator of the Estate of Chaim Prizant
   *Represented By:*
   Gullkowitz Berger LLP
   4205 Avenue M
   Brooklyn, New York 11234
   Tel: (212) 208-0006
   Attn: Shaya M. Berger, Esq.

3.   1199SEIU United Healthcare Workers East
   *Represented by:*
   Meyer, Suozzi, English & Klein, P.C.
   990 Stewart Avenue, Suite 300,
   Garden City, New York 11530
   Tel: (516) 741-6565
   Attn: Howard B. Kleinberg, Esq.

4.   Far Rockaway Nursing Home
   *Allegedly Represented by:*
   McGrail & Bensinger LLP
   888-C 8th Avenue #107
   New York, NY 10019
   Tel: (718) 434-2676
   Attn: Menachem M. Bensinger, Esq.

5.     Office of the United States Trustee
    *Represented by:*
    Office of U.S. Trustee – Region 2
    U.S. Federal Office Building
    201 Varick Street, Suite 1006
    New York, NY 10014
    Tel: (212) 510-0500
    Attn: MaryLou Martin, Esq.

Dated: New York, New York
       July 7, 2016

                                        Rubin LLC

                                        By:   */s/ Paul A. Rubin*
                                             Paul A. Rubin
                                        345 Seventh Avenue, 21st Floor
                                        New York, NY 10001
                                        (212) 390-8054
                                        (212) 390-8064 (fax)
                                        prubin@rubinlawllc.com

                                        *Counsel for Mark Israel, Jacob Israel and*
                                        *Michael Israel as Co-Executors of the Estate*
                                        *of Aron Feuereisen*